IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BURBERRY LIMITED (UK), et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10mc66 |
| ) | |
| BURBERRY-SCARVES.COM, et al., ) | |
| Defendants. ) | |

## ORDER

The matter came before the Court on plaintiff's motion for enforcement of a preliminary injunction issued by the United States District Court for the Southern District of New York ("SDNY") on December 23, 2010 in the case styled as *Burberry Limited (UK) et al. v. Burberry-Scarves.com et al.*, Case No. 10-CIV-9240. In the matter pending in the SDNY, plaintiffs obtained a preliminary injunction requiring, among other things, that domain name registries delete defendants' websites and infringing domain names from their root zone servers. One of the domain name registries, Public Interest Registry (PIR), maintains its offices in Reston, Virginia. PIR has refused to comply with the preliminary injunction because it contends that a District Court in the SDNY does not have personal jurisdiction over it. Plaintiffs now seek an order from a District Court in the Eastern District of Virginia requiring PIR to comply with the preliminary injunction issued in the SDNY.

Accordingly, for the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that resolution of the motion for enforcement of the preliminary injunction (Doc. No. 1) is hereby **DEFERRED** pending plaintiffs' submission of a memorandum of law addressing a legal basis for a District Court in one jurisdiction to enforce the non-final orders of a District Court in another jurisdiction.

- 2 -

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 7, 2011

/s/
T. S. Ellis, III
United States District Judge